UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**TRAMONTE QUEEN** | Docket No. 23-cr-10293-LTS |

### DEFENDANT'S MOTION FOR RULE 11 HEARING

Now comes the defendant, Tramonte Queen, and requests a plea hearing pursuant to Fed. R. Crim. P. 11. The Government and the defendant have entered into a plea agreement and the defendant now intends to change his plea to guilty.

The parties are available on the morning of September 2, 2025, if available to the Court.

Respectfully submitted,

Tramonte Queen,
Defendant,
through his attorney,

/s/ *Alyssa Hackett*
Alyssa Hackett, *she/her*, B.B.O. # 676880
Law Office of Alyssa T. Hackett
55 Union Street, 3rd Flr., Boston, MA 02108
617-221-3407 ahackett@hackett-law.com

### CERTIFICATE OF SERVICE

I, Alyssa Hackett, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) August 19, 2025.

/s/ *Alyssa Hackett*
Alyssa Hackett