UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>Tramonte Queen,                      )<br>)<br>Defendant.                         )<br>) | Case No. 23-cr-10293-LTS |

**STIPULATION OF FACT**
**(Exhibits 180 through 188)**

The government and defendant Tramonte Queen have agreed to the following factual stipulation, which is proposed to the Court in a form suitable for presentation to the jury.

For the purposes of trial, the United States and the defendant have stipulated and agreed that Exhibits 180 through 188 may be admitted, and the parties further stipulate to the following facts:

At all times relevant to this case:

1. Exhibits 180 through 188 are photos that Boston Police Detective Kevin McElmoyle took as part of his official duties on February 5, 2022.

2. Detective McElmoyle took the photos in Exhibits 180 through 187 in the parking lot of the Boston Police Department's B-3 station located at 1165 Blue Hill Avenue in Boston, Massachusetts. The photos depict the outside and inside of a gray Ford Fusion with Massachusetts license plate number 1LDR86.

3. Detective McElmoyle took the photo in Exhibit 188 at the Boston Police Department's B-3 station. The photo depicts items found in the gray Ford Fusion with Massachusetts license plate number 1LRD86.

2

| | |
|---|---|
| TRAMONTE QUEEN<br>Defendant | LEAH B. FOLEY<br>United States Attorney |
| */s/ Alyssa Hackett*<br>ALYSSA HACKETT<br>JANE PEACHY<br>Counsel for Tramonte Queen | */s/ Brian A. Fogerty*<br>BRIAN A. FOGERTY<br>JESSICA L. SOTO<br>Assistant United States Attorneys |

**Joint Stipulation of Facts re: Exhibits 180 through 188**

The United States and defendant Tramonte Queen agree and stipulate to the facts described below. The jury may take these facts as proven beyond a reasonable doubt.

At all times relevant to this case:

1. Exhibits 180 through 188 are photos that Boston Police Detective Kevin McElmoyle took as part of his official duties on February 5, 2022.

2. Detective McElmoyle took the photos in Exhibits 180 through 187 in the parking lot of the Boston Police Department's B-3 station located at 1165 Blue Hill Avenue in Boston, Massachusetts. The photos depict the outside and inside of a gray Ford Fusion with Massachusetts license plate number 1LDR86.

3. Detective McElmoyle took the photo in Exhibit 188 at the Boston Police Department's B-3 station. The photo depicts items found in the gray Ford Fusion with Massachusetts license plate number 1LRD86.