UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br>) Case No. 23-cr-10293-LTS<br>TRAMONTE QUEEN, )<br>)<br>Defendant. )<br>) | |

## STIPULATION OF FACT
**(TextNow)**

The government and defendant Tramonte Queen have agreed to the following factual stipulation, which is proposed to the Court in a form suitable for presentation to the jury (Exhibit A).

In lieu of live testimony, and for purposes of trial, the United States and the Defendant have stipulated and agreed to the following facts:

At all times relevant to this case:

1. Exhibit 192 is a subscriber record for TextNow telephone number 617-829-3735.


TRAMONTE QUEEN,
Defendant

*/s/ Alyssa Hackett*
ALYSSA HACKETT
JANE PEACHY
Counsel for Tramonte Queen

LEAH B. FOLEY,
United States Attorney

*/s/ Jessica L. Soto*
BRIAN A. FOGERTY
JESSICA L. SOTO
Assistant United States Attorneys

**Joint Stipulation of Facts re: TextNow**

The United States and defendant Tramonte Queen agree and stipulate to the facts described below.  The jury may take these facts as proven beyond a reasonable doubt.

At all times relevant to this case:

1. Exhibit 192 is a subscriber record for TextNow telephone number 617-829-3735.